**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| G.B.C.D., | : | |
| Petitioner, | : | |
| v. | : | Case No. 7:26-cv-305-LAG-AGH<br>28 U.S.C. § 2241 |
| Warden, IRWIN DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

# ORDER

On October 20, 2026, the Court ordered that Respondents provide Petitioner with a bond hearing within twenty-one days to determine if Petitioner may be released on bond or file a motion seeking relief from the order. Order 2, ECF No. 4. The Court also ordered that once a bond hearing was held, Petitioner should file a notice of dismissal. *Id.* The time for compliance with the Court's order has passed, and the Court received neither a motion from Respondents seeking relief nor a notice of voluntary dismissal from Petitioner. Based on the absence of a motion seeking relief filed by Respondents, the Court presumes a bond hearing was held in compliance with the Court's order. Consequently, Petitioner is ordered to either file a notice of dismissal or respond and show cause within seven (7) days why this action should not be dismissed as moot and judgment entered.

**SO ORDERED**, this 12th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE